UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00087-RGK-MAA | Date | March 12, 2020 |
|---|---|---|---|
| Title | Jesika Smith, et al v. Orcutt Union School District et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

Plaintiff is hereby ordered to show cause, in writing, not later than 12:00 noon on March 13, 2020 why the First Amended Complaint [33], filed on March 11, 2020 should not be stricken as untimely.

**IT IS SO ORDERED.**

: 

Initials of Preparer   slw